# CRIMINAL CAUSE FOR ARRAIGNMENT (Video/Tel.)

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)

DATE: 03/05/2021    TIME: 10:00 a.m.    TIME IN COURT: 1hr 15 Minutes

DOCKET NUMBER: CR 21-00101 (JFB)    TITLE: USA v. Escobar, et al.

DEFT NAME: LENIZ ESCOBAR (1)
X PRESENT    X IN CUSTODY

ATTY. FOR DEFT.: Jesse M. Siegel
X PRESENT    X C.J.A

DEFT NAME: ANDERSON SANCHEZ (2)
X PRESENT    X IN CUSTODY

ATTY. FOR DEFT.: Gerald J. Dichiara
X PRESENT    X C.J.A

**FILED**
**CLERK**
3:46 pm, Mar 05, 2021
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

A.U.S.A. Paul G. Scotti, Megan Elizabeth Farrell

INTERPRETER: Maya Gray (Spanish), via telephone

FTR: 10:15 - 11:15    DEPUTY CLERK: G.O.

- **X** CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

- **X** DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

- **X** SPEEDY TRIAL INFORMATION: START 03/05/2021; STOP 01/10/2022.

- **X** Status Conference set: June 14, 2021 at 2:00 PM by Video.

- **X** Pre-Trial Motion Schedule Set: Motion by 8/31/2021; Response by 9/30/2021; Reply by 10/15/2021.

- **X** ORDER OF DETENTION ENTERED.

- **X** DEFENDANT(S) CONTINUED IN CUSTODY.

- **X** OTHER: Counsel for Defendant and Defendant consent to proceeding with today's conference by video.

CJA20 Appointment executed for Counsel Jesse M. Siegel as to Defendant Leniz Escobar. CJA20 Appointment executed for Counsel Gerald J. Dichiara as to Defendant Anderson Sanchez.

The Federal Rule of Criminal Procedure 5(f) has been read into the records and parties have consented, as stated on the record.

Jury Selection scheduled for January 3, 2022 at 9:00 AM and Jury Trial scheduled for January 10, 2022 at 9:00 AM, to be held in the Ceremonial Courtroom.