## CRIMINAL CAUSE FOR STATUS CONFERENCE (Telephone)

BEFORE: CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)
DATE: 12/22/2021     TIME: 3:37 P.M.     TIME IN COURT: 50 Minutes

DOCKET NUMBER: CR 21-00101 (JFB)     TITLE: USA v. Escobar, et. al.

DEFT NAME: LENIZ ESCOBAR (1)
 X  PRESENT       X   IN CUSTODY

ATTY. FOR DEFT.: Jesse M. Siegel, N. Keith White
 X  PRESENT       X  C.J.A

A.U.S.A. Paul G. Scotti, Justina L. Geraci, Megan Elizabeth Farrell

INTERPRETER (Sworn): _____

FTR: 3:37-4:15                                    DEPUTY CLERK: DJF


 X   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

____ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

 X   SPEEDY TRIAL INFORMATION: START 1/10/2022; STOP 3/14/2022.

____ Status Conference Set: _____.

____ Pre-Trial Motion Schedule Set: Response by ; Reply by    .

____ ORDER OF DETENTION ENTERED.

 X   DEFENDANT(S) CONTINUED IN CUSTODY.

 X   OTHER: Counsel for Defendant, Defendant and Counsel for the Government consent to proceed by telephone for today's status conference. Counsel presents a joint application to adjourn the Jury Selection currently scheduled for January 10, 2022 in light of the pandemic. The Court grants the joint application and adjourns the Jury Selection to March 14, 2022 at 9:30 a.m. The Jury Trial shall commence on March 21, 2022. The parties consent to the Jury Selection being advanced to March 7, 2022, if the Court schedule becomes available on that date. The Government's supplemental submission on the Motion in Limine is due on January 3, 2022. Oppositions to the Motions in Limine are due on January 17, 2022 and the Reply is due on January 24, 2022. A Status Conference/Oral Argument will be held on February 2, 2022 at 10:30 a.m. before Judge Bianco in Courtroom 1040.