## CRIMINAL CAUSE FOR EX PARTE MOTION HEARING

**BEFORE:** CIRCUIT JUDGE JOSEPH F. BIANCO (Sitting by Designation)
**DATE:** 1/26/2022      **TIME:** 11:35 a.m.      **TIME IN COURT:** 10 Minutes

**DOCKET NUMBER:** CR 21-00101 (JFB)      **TITLE:** USA v. Escobar, et al.

**DEFT NAME:** LENIZ ESCOBAR (1)
  X  NOT PRESENT (Excused)      X    IN CUSTODY

**ATTY. FOR DEFT.:**
  X NOT PRESENT         X C.J.A

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 26 2022 ★
LONG ISLAND OFFICE

**A.U.S.A.** Paul G. Scotti & Megan Farrell

**FTR:** 11:35 – 11:45      **DEPUTY CLERK:** JJT

  X    **CASE CALLED.**

  ___  DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE INDICTMENT.

  ___  SPEEDY TRIAL INFORMATION:

  X    EX PARRTE CONFERENCE HELD ON GOVERNMENT'S EX PARTE MOTION IN LIMINE AT DE [66].

  X    OTHER: Government's motion is denied for the reasons stated on the record. Government shall file a letter by Friday, January 28, 2022 regarding next steps. The Court orders that the transcript from today's hearing be sealed. However, counsel for the Government and Defennse may obtain copies of transcript.