# LAW OFFICE OF
# JESSE M. SIEGEL

(Tel) 212-207-9009  
(Fax) 212-619-6742

299 Broadway, Suite 800  
New York, New York 10007

JesseMSiegel@aol.com

February 15, 2023

**BY ECF**

Hon. Joseph F. Bianco, Circuit Judge  
United States Court of Appeals for the Second Circuit  
Sitting by Designation  
Long Island Courthouse  
100 Federal Plaza  
Central Islip, NY 11722

[Stamp: FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. FEB 21 2023 LONG ISLAND OFFICE]

*United States v. Escobar,* Ind. No. Cr. 21-101 (JFB).

Dear Judge Bianco:

Our client, Leniz Escobar, is scheduled to be sentenced on March 2, 2023 at 11:00. However, there are three outstanding motions: Rule 29 and 33 motions, which we filed on May 23, 2022, and were fully briefed as of June 28, 2022; and a Rule 33 motion, which we filed on November 1, 2022, to which the government has not yet responded. Accordingly, we request that sentencing be adjourned and a new sentencing date set, if necessary, after the motions are decided.

Also, we request the following schedule be set for briefing the latter motion, which we propose after consulting with the government: government to file their response by March 1st, and Ms. Escobar to file her reply by March 31st. (We are requesting thirty days for the reply because we will be away for two weeks in March.)

We have spoken with A.U.S.A. Justina Geraci, who consents to the above on behalf of the government.

Thank you for your attention to this application.

**SO ORDERED**  
s/Joseph F. Bianco  

Joseph F. Bianco, USCJ  
Sitting by Designation.

Date: Feb 21, 2023  

Central Islip, N.Y.

Very truly yours,

/s  
Jesse M. Siegel

*[Handwritten note:]* Request granted. Government shall file the response to the Rule 33 motion on or before March 1, 2023. The defendant shall file a reply on or before March 31, 2023. Sentencing is adjourned pending a decision on the motions.