FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 12 2026 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

LENIZ ESCOBAR,

Defendant.

-----------------------------------------------------------X

ORDER
21-CR-0101 (JFB)

JOSEPH F. BIANCO, Circuit Judge (sitting by designation):

The Court has received the government's letter, dated August 24, 2026, which seeks entry of an order authorizing the Bureau of Prisons (BOP) to turn over $1,600 to the government that the BOP has restrained from the defendant's inmate trust account, for purposes of satisfying the restitution order imposed at sentencing.

IT IS HEREBY ORDERED that the government file a supplemental letter, on or before December 4, 2026, addressing the issue of whether the Court has jurisdiction to order the turnover of funds from the defendant to the government for restitution purposes while the case is still pending on appeal. The defendant shall file any response by December 18, 2026.

The Clerk of the Court shall mail a copy of this Order to the defendant.

SO ORDERED.
/s/ Joseph F. Bianco

JOSEPH F. BIANCO
UNITED STATES CIRCUIT JUDGE
(sitting by designation)

Dated: November 12, 2026
Central Islip, New York